IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BARRY D. LONDON,
ADC #088701                                                                          PLAINTIFF

VS.                           4:17CV00315-BRW-JTK

DOES, et al.                                                                         DEFENDANTS

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, I adopt them in their entirety. Accordingly,

Accordingly, Plaintiff's excessive force/unlawful arrest, grievance, commissary, and property claims are DISMISSED, for failure to state a claim upon which relief may be granted.

Defendants Brawley, Hagerty, and John/Jane Does are DISMISSED.

IT IS SO ORDERED this 20th day of July, 2017.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

1