# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

BARRY D. LONDON,
ADC #088701                                                                                                     PLAINTIFF

v.                                              4:17CV00315-JTK

DOES, et al.                                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be dismissed with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 11th day of June, 2018.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE